ORDER

The Appellee, Pfizer, Inc. filed a combined petition for panel rehearing and rehearing en banc, and a response thereto was invited by the court and filed by the Appellant, Apotex, Inc. The petition for rehearing was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response were referred to the circuit judges who are authorized to request a poll whether to rehear the appeal en banc. A poll was requested, taken, and failed.
Apotex, Inc. moves for expedited denial of rehearing and rehearing en banc, and for expedited issuance of the mandate. Pfizer, Inc. opposes.
Upon consideration thereof,
IT IS ORDERED THAT:
(1) The petition for rehearing and rehearing en banc is denied.
(2) The motion for expedited denial of rehearing and rehearing en banc is denied as moot.
(3) The motion for expedited issuance of the mandate is granted.
NEWMAN, LOURIE, and RADER, Circuit Judges, would rehear the appeal en banc.
*1379 NEWMAN, Circuit Judge, dissents in the denial of the petition for rehearing en banc in a separate opinion.
LOURIE, Circuit Judge, dissents in the denial of the petition for rehearing en banc in a separate opinion.
RADER, Circuit Judge, dissents in the denial of the petition for rehearing en banc in a separate opinion.